## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DAN AND LORI MILLER, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-14-2280 |
| OXFORD LAW, LLC, | § § | |
| Defendant. | § § | |

## ORDER

Plaintiffs filed a motion for continuance of the scheduling conference, (Docket Entry No. 7). The motion is granted. The initial pretrial and scheduling conference is reset to **January 30, 2015, at 9:00 a.m.** The joint discovery/case management plan is due by January 20, 2015.

SIGNED on October 23, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge