**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LORI MILLER AND DAN MILLER, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-2280 |
| | § | |
| OXFORD LAW, LLC., | § | |
| Defendant. | § | |

**FINAL DEFAULT JUDGMENT**

The plaintiffs, Lori Miller and Dan Miller, move for default judgment against the defendant, Oxford Law, LLC. The defendant failed to answer the complaint as required by Rule 12, Fed. R. Civ. P., making entry of default against them proper. The plaintiff have filed an affidavit and exhibits in support of their claims and damages. Further notice to the defendants and further hearings are not necessary. Rule 55(b)(2), Fed. R. Civ. P.

The motion for default judgment is granted. The plaintiffs have submitted evidence in favor of their request for $1,000.00 in statutory damages under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., $300.00 in actual damages under § 1692k(a)(1), and $2,005.00 in reasonable fees and costs, under § 1692k(a)(3). Final default judgment is entered against Oxford Law, LLC and in favor of the Lori Miller and Dan Miller, ordering that Oxford Law, LLC must pay Lori and Dan Miller $1,000.00 in statutory damages, $300.00 in actual damages, and $2,005.00 in attorney's fees and costs, as well as postjudgment interest at the rate of 0.24 % *per annum*.

SIGNED on May 26, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge